**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CASE NO. 3:20-cv-00432-BJD-PDB**

PHYLLIS N. WILLIAMS-YOUNG,

    Plaintiff,

SEQUIUM ASSET SOLUTIONS, LLC,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    PLEASE TAKE NOTICE that PHYLLIS N. WILLIAMS-YOUNG (the "Plaintiff") and SEQUIUM ASSET SOLUTIONS, LLC (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: August 4, 2020

                                                          Respectfully submitted,

                                                          **PHYLLIS N. WILLIAMS-YOUNG**

                                                          _/s/ Alexander J. Taylor_
                                                          Alexander J. Taylor
                                                          Florida Bar No. 1013947
                                                          Sulaiman Law Group, Ltd.
                                                          2500 South Highland Avenue, Suite 200
                                                          Lombard, IL 60148
                                                          (630) 575-8181
                                                          ataylor@sulaimanlaw.com
                                                          _Attorney for Plaintiff_

3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

                                                Respectfully submitted,
                                                /s/ Alexander J. Taylor
                                                Alexander J. Taylor, Esq.