**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:20-cv-00432-BJD-PDB**

PHYLLIS N. WILLIAMS-YOUNG,

    Plaintiff,

SEQUIUM ASSET SOLUTIONS, LLC,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

    NOW COMES the Plaintiff, PHYLLIS N. WILLIAMS-YOUNG, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, SEQUIUM ASSET SOLUTIONS, LLC, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: September 14, 2020          Respectfully submitted,

                                            **PHYLLIS N. WILLIAMS-YOUNG**

                                            */s/ Alexander J. Taylor*
                                            Alexander J. Taylor
                                            Florida Bar No. 1013947
                                            *Counsel for Plaintiff*
                                            Sulaiman Law Group, LTD.
                                            2500 S. Highland Ave., Ste. 200
                                            Lombard, Illinois 60148
                                            Phone: (630) 575-8181
                                            ataylor@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

      Respectfully submitted,
/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.