UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHYLLIS N. WILLIAMS-YOUNG,

    Plaintiff,

v.                                        Case No. 3:20-cv-432-J-39PDB

SEQUIUM ASSET SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal (Doc. 9; Notice) filed by Plaintiff on September 14, 2020. In the Notice, Plaintiff states that she is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of September, 2020.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record